**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern  District of  New York
                              (State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Solomon Acquisition Corp.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  81-3964229

4. **Debtor's address**

   **Principal place of business**

   Realization Services, Inc.
   Number    Street
   P.O. Box 189

   Bedford Hills    NY    10507
   City             State  ZIP Code

   Westchester County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)  http://www.sizmek.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    Solomon Acquisition Corp._____    Case number *(if known)*_____
           Name

7. **Describe debtor's business**

   A. *Check one:*

   ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  4  1  8

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ❏ Chapter 7
   ❏ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

       ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

       ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ❏ A plan is being filed with this petition.

       ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❏ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ❏ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
            District _____  When _____  Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ❏ No
    ☒ Yes.  Debtor  See attached rider._____  Relationship  Affiliate_____
            District  Southern District of New York_____  When  03/29/2019
                                                                   MM / DD / YYYY
            Case number, if known  19-10971 (SMB) (Jointly Administered)

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor    Solomon Acquisition Corp._____        Case number (*if known*)_____
          Name

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ❑ It needs to be physically secured or protected from the weather.

    ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ❑ Other _____

    **Where is the property?**_____
                             Number        Street
    _____
    _____
    City                                              State     ZIP Code

    **Is the property insured?**

    ❑ No
    ❑ Yes. Insurance agency _____
           Contact name    _____
           Phone           _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.
    ❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    | ☒ 1-49       | ❑ 1,000-5,000    | ❑ 25,001-50,000    |
    | ❑ 50-99      | ❑ 5,001-10,000   | ❑ 50,001-100,000   |
    | ❑ 100-199    | ❑ 10,001-25,000  | ❑ More than 100,000 |
    | ❑ 200-999    |                  |                    |

15. **Estimated assets**

    | ☒ $0-$50,000           | ❑ $1,000,001-$10 million      | ❑ $500,000,001-$1 billion      |
    | ❑ $50,001-$100,000     | ❑ $10,000,001-$50 million     | ❑ $1,000,000,001-$10 billion   |
    | ❑ $100,001-$500,000    | ❑ $50,000,001-$100 million    | ❑ $10,000,000,001-$50 billion  |
    | ❑ $500,001-$1 million  | ❑ $100,000,001-$500 million   | ❑ More than $50 billion        |

Debtor  Solomon Acquisition Corp.                                  Case number (if known)_____
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/4/2019
             MM / DD / YYYY

X /s/ Barry Kasoff                             Barry Kasoff
Signature of authorized representative of debtor   Printed name

Title  Chief Financial Officer

### 18. Signature of attorney

X /s/ Steven J. Reisman                        Date  12/04/2019
Signature of attorney for debtor                     MM / DD / YYYY

Steven J. Reisman
Printed name

Katten Muchin Rosenman LLP
Firm name

575 Madison Avenue
Number    Street

New York                                       NY        10022-2585
City                                           State     ZIP Code

(212) 940-8700                                 sreisman@katten.com
Contact phone                                  Email address

2434967                                        NY
Bar number                                     State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: Solomon Acquisition Corp.

United States Bankruptcy Court for the:

__Southern_____ District of __New York_____
                                        (State)

Case number (*If known*): _____ Chapter 11__

# Rider
## Pending Bankruptcy Cases Filed by Affiliates of the Debtor

On March 29, 2019, each of the entities listed below filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code (collectively, the "Chapter 11 Cases").

Sizmek Inc.
Sizmek DSP, Inc.
Sizmek Technologies, Inc.
Wireless Artist LLC
Wireless Developer, Inc.
X Plus One Solutions, Inc.
X Plus Two Solutions, LLC
Point Roll, Inc.

The Chapter 11 Cases are being jointly administered under Case No. 19-10971 (SMB). Debtor intends to file a motion seeking joint administration of its chapter 11 case with the Chapter 11 Cases.

SOLOMON ACQUISITION CORP.
UNANIMOUS WRITTEN CONSENT IN LIEU OF A
SPECIAL MEETING OF THE BOARD OF DIRECTORS

The undersigned, constituting all of the members of the Board of Directors of Solomon Acquisition Corp., a Delaware corporation (the "Company"), in lieu of holding a special meeting of the Board of Directors of the Company (the "Board"), hereby take the following actions and adopt the following resolutions by unanimous written consent, dated as of November 24, 2019, pursuant to Section 141(f) of the General Corporation law of the State of Delaware:

**1. CHAPTER 11 FILING**

WHEREAS, the Board has considered presentations by the Company's management (the "Management") and its financial and legal advisors (the "Advisors") regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

WHEREAS, the Board discussed the foregoing with Management and the Advisors of the Company and each governing body has fully considered each of the strategic alternatives available to the Company and has determined, in the judgment of the Board, that the following resolutions are in the best interests of the Company and its creditors; and

WHEREAS, in the judgment of the Board, it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, to obtain the benefits of the use of cash collateral (as such term is defined in section 363(a) of the Bankruptcy Code), which is security for certain of the Company and its affiliates' secured lenders under that certain prepetition Financing Agreement, dated as of September 6, 2017, by and among Sizmek Technologies, Inc., as borrower, the Company, Solomon Acquisition Corp., Point Roll, Inc., and Sizmek DSP, Inc. (f/k/a Rocket Fuel Inc.), as guarantors, the lenders party thereto (the "Prepetition Secured Lenders"), and Cerberus Business Finance, LLC, as agent for the Prepetition Secured Lenders;

**NOW, THEREFORE, BE IT:**

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by certain of the Company's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") or other court of competent jurisdiction.

RESOLVED, that any duly appointed officer or director of the Company (collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of

the Company all petitions, schedules, lists, and other motions, pleadings, papers, or documents (including the filing of financing statements), and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course operation of the Company's business.

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company and its interest holders, its creditors and other parties in interest that Mr. Barry L. Kasoff be appointed Chief Financial Officer, and Mr. Barry L. Kasoff is appointed as Chief Financial Officer of the Company, effective as of July 8, 2019.

2. **RETENTION OF PROFESSIONALS**

RESOLVED, that each of the Authorized Persons be, and hereby is, authorized, empowered and directed to employ the law firm of Katten Muchin Rosenman LLP, as the Company's bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and remedies, including filing any pleadings and conducting any potential sale process on behalf of the Company; and, in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Katten Muchin Rosenman LLP in accordance with applicable law.

RESOLVED, that each of the Authorized Persons be, and hereby is, authorized, empowered and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable, including (without limitation) special counsel to the extent determined necessary, appropriate, or desirable.

RESOLVED, that each of the Authorized Persons be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deem necessary, appropriate, or desirable in connection with the Company's chapter 11 case.

3. **USE OF CASH COLLATERAL**

RESOLVED, that the Authorized Persons be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to seek approval of the use of cash collateral pursuant to a cash collateral order, and orders of the Bankruptcy Court in interim and final form (the "Cash Collateral Orders"), and any Authorized Person be, and hereby is,

2

authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary or advisable to implement the Cash Collateral Orders, including providing for adequate protection to the Prepetition Secured Lenders in accordance with section 363 of the Bankruptcy Code, as well as any additional or further agreements for the use of cash collateral in connection with the Chapter 11 Cases, which agreement(s) may require the Company to grant adequate protection and liens to the Prepetition Secured Lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

RESOLVED, that the Authorized Persons be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Cash Collateral Orders or to do such other things which shall in his/her judgment be necessary, desirable, proper, or advisable, to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his or their execution thereof.

4. **GENERAL AND ANCILLARY AGREEMENTS**

RESOLVED, that, in order to fully carry out the intent and effectuate the purposes of the foregoing resolutions, any of the Authorized Persons be, and each hereby is, authorized to take all such further actions, and to execute and deliver all such further agreements, instruments, documents or certificates (the "Ancillary Agreements"), in the name and on behalf of the Company, and under its corporate seal or otherwise, and to pay all such fees and expenses, which shall in their judgment be necessary, proper or advisable and to perform all of the obligations of the Company in connection with or pursuant to, and consummate the transactions contemplated by, the Ancillary Agreements.

5. **RATIFICATION OF PAST ACTIONS**

RESOLVED, that the authority and power given hereunder be deemed retroactive and any and all acts authorized hereunder performed by any Authorized Person prior to the passage of these resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

The actions taken by this consent shall have the same force and effect as if taken at a special meeting of the Board, duly called and constituted, pursuant to the bylaws of the Company and the laws of the State of Delaware.

This consent may be executed in two or more counterparts, each of which shall be deemed an original and together constitute one and the same consent.

\* \* \* \* \*

3

140432474v1_392525-00010

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Board, have executed this consent as of the date first written above.

_____
Marc Heimowitz

_____
Tom Smith

*[Signature Page to Unanimous Written Consent of the Board of Directors of Solomon Acquisition Corp.]*
140432474v1_392525-00010

Debtor  Solomon Acquisition Corp.        Case number (*if known*)_____

**Fill in this information to identify the case:**

Debtor name: Solomon Acquisition Corp.

United States Bankruptcy Court for the:

___Southern_____  District of __New York_____
                                       (State)

Case number (*If known*): _____ Chapter 11__

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders                                        **12/15**

**A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | N/A | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims**

Debtor  Solomon Acquisition Corp.          Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
In re: : Chapter 11
:
SOLOMON ACQUISITION CORP., : Case No. 19-_____ (___)
:
Debtor. :
:
---------------------------------------------------------x

# LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is the list of holders of any class of the above-captioned Debtor's equity interests.

| Equity Holder | Address of Equity Holder | % Ownership |
|---|---|---|
| Vector Solomon (Lux) 1, S.a.r.l. (Luxembourg) | c/o Vector Capital<br>One Market Street<br>Steuart Tower, 23rd Floor<br>San Francisco, CA 94105 | 100% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re:                                                   :    Chapter 11
                                                         :
SOLOMON ACQUISITION CORP.,                               :    Case No. 19-_____ (___)
                                                         :
           Debtor.                                       :
                                                         :
---------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Equity Holder | Address of Equity Holder | % Ownership |
|---|---|---|
| Vector Solomon (Lux) 1, S.a.r.l. (Luxembourg) | c/o Vector Capital<br>One Market Street<br>Steuart Tower, 23rd Floor<br>San Francisco, CA 94105 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name: Solomon Acquisition Corp.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Equity Security Holders; Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/4/2019
MM / DD / YYYY

X  */s/ Barry L. Kasoff*
Signature of individual signing on behalf of debtor

Barry Kasoff
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors